IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00580-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. BRENDA L. STEWART,

        Defendant.

---

ORDER OF RECUSAL

---

        In accordance with Canon 3C(1) of the Code of Conduct For United States Judges (Rev. 2009), I recuse from presiding in this case and direct that it be returned to the Clerk of the Court for assignment to another judge.

Dated: November 30, 2010.                        **s/John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE