**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: November 7, 2011
Court Reporter:    Paul Zuckerman
Probation Officer: Susan Heckman

Criminal Action No. 10-cr-00580-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Matthew Kirsch

        Plaintiff,

v.

BRENDA L. STEWART,                          Joseph Saint-Veltri

        Defendant.

---

**SENTENCING MINUTES**
---

**9:17 a. m.**     **Court in session**.

Defendant present on bond.

The Court addresses MotionS (Doc. #52 and #51)

**ORDER:**     Motions at Doc. #52 is **DENIED**; Doc. #51 is **GRANTED**.

**Change of Plea Hearing on July 6, 2011.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument.

**Witness sworn  for the Government : Theodore Sievert :**
**9:35 a.m.**     Direct Examination by Mr. Kirsch.

 **EXHIBITS:  Received:**     4

Cross examination of witness by Mr. Saint-Veltri.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Re-direct examination of witness by Mr. Kirsch.

**EXHIBITS:   Received:**     5

**Witness sworn  for the Government : Chad Eichelberger :**
**10:30 a.m.**     Direct Examination by Mr. Kirsch.

Cross examination of witness by Mr. Saint-Veltri.

No re-direct examination of witness.

**10:49 a.m.     Court in recess**
**11:07 a.m.     Court in session**

No further witnesses for this issue.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  **(Doc. #57)** Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

**11:51 a.m.     Court in recess**
**1:06 p.m.      Court in session**

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.    Further argument.
[
**ORDER:**     Defendant's Motion for Non-Guideline Sentence **(Doc. #57)** is **DENIED,** but a variant sentence is imposed as set forth in the record.

**ORDER:     THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:**     Bond is exonerated.

**1:53 p.m.     Court in recess.**

Total Time:    3 hours 3 minutes.
Hearing concluded.